# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Milan Knox,<br><br>        Plaintiff<br><br>v.<br><br>Officer Byrne, et al.,<br><br>        Defendants. | Case No. 1:14-cv-07273<br><br>Honorable Ruben Castillo |

## REPORT REGARDING AMENDED COMPLAINT

Pursuant to the Court's December 24, 2014 Order, the undersigned counsel hereby notifies the Court that Plaintiff intends to file a Second Amended Complaint within 30 days or in accordance with any order that the Court may issue in this matter.

**DATED: February 23, 2015**

Respectfully submitted,

Uma Chandrasekaran

By  _/s/ Uma Chandrasekaran_____
    One of Plaintiff's Attorneys

Pamela Q. Devata
Uma Chandrasekaran
Alexis P. Robertson
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Counsel for Plaintiff Milan Knox

19042883v.1